AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>WIENER, JR., JACQUES L. | **2. Court or Organization**<br><br>US COURT OF APPEALS 5TH CIRCUIT | **3. Date of Report**<br><br>5/6/2019 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>JUDGE 5TH CIRCUIT COURT-SENIOR STATUS | **5a. Report Type (check appropriate type)**<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

US COURT OF APPEALS BLDG
600 CAMP STREET, ROOM 244
NEW ORLEANS, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | SENIOR OFFICER | COUNCIL, LOUISIANA STATE LAW INSTITUTE |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | FISHER & PHILLIPS, LLP (ATTORNEY/PARTNER) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | SEE PART VIII | SEE PART VIII | $0.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CASH: | | | | | | | | | |
| 2. BANCORPSOUTH ACCOUNT #1 | A | Interest | M | T | | | | | |
| 3. BANCORPSOUTH ACCOUNT #3 | A | Interest | J | T | | | | | |
| 4. REGIONS BANK ACCOUNT #1 | A | Interest | K | T | | | | | |
| 5. REGIONS BANK ACCOUNT #2 | A | Interest | K | T | | | | | |
| 6. FEDERATED TAX FREE OBLIG | | None | | | Merged (with line 8) | 01/01/18 | L | | |
| 7. FEDERATED TREASURY OBLIGATIONS FD 68 | D | Dividend | M | T | | | | | |
| 8. FEDERATED GOVT OBLIG SS | D | Dividend | O | T | | | | | |
| 9. | | | | | | | | | |
| 10. MUTUAL FUNDS: | | | | | | | | | |
| 11. DODGE & COX INTERNATIONAL STOCK | | None | | | Sold | 01/30/18 | K | D | |
| 12. ARTISAN INTL VALUE FUND-INV | | None | | | Sold (part) | 01/30/18 | J | A | |
| 13. | | | | | Sold | 01/30/18 | K | D | |
| 14. BBH FD INC | | None | | | Sold (part) | 01/30/18 | J | A | |
| 15. | | | | | Sold | 01/30/18 | K | D | |
| 16. DOUBLELINE FDS TR | | None | | | Sold (part) | 01/30/18 | J | | |
| 17. | | | | | Sold | 01/30/18 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JPM MANAGED INCOME-INSTL | A | Dividend | | | Sold (part) | 01/30/18 | J | | |
| 19. | | | | | Sold | 01/30/18 | N | A | |
| 20. JPM SHORT TERM INTERM MUNI BOND-SEL | A | Dividend | | | Sold (part) | 01/30/18 | J | | |
| 21. | | | | | Sold | 01/30/18 | M | | |
| 22. JPM TR I TAX AWARE REAL RTRN FD-SEL | A | Dividend | | | Sold (part) | 01/30/18 | J | | |
| 23. | | | | | Sold | 01/30/18 | L | | |
| 24. JPM US EQUITY FD-SEL | | None | | | Sold | 01/30/18 | K | D | |
| 25. MFS INTL VALUE-I | | None | | | Sold (part) | 01/30/18 | J | A | |
| 26. | | | | | Sold | 01/30/18 | L | E | |
| 27. ISHARES MSCI EAFE INDEX FUND | | None | | | Sold (part) | 01/30/18 | L | D | |
| 28. | | | | | Sold | 01/30/18 | L | E | |
| 29. JPM GLBL RES ENH INDEX FD-SEL | | None | | | Sold (part) | 01/30/18 | J | A | |
| 30. | | | | | Sold | 01/30/18 | L | E | |
| 31. BROWN ADV JAPAN ALPHA | | None | | | Sold (part) | 01/30/18 | J | A | |
| 32. | | | | | Sold | 01/30/18 | K | D | |
| 33. EDGEWOOD GROWTH | | None | | | Sold | 01/30/18 | L | E | |
| 34. JPM INTERM TAX FREE | A | Dividend | | | Sold (part) | 01/30/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 01/30/18 | N | | |
| 36. AMER BCN NUM INTERGR | | None | | | Sold (part) | 01/30/18 | J | | |
| 37. | | | | | Sold | 01/30/18 | J | | |
| 38. AQR MANAGED FUTURES | | None | | | Sold (part) | 01/30/18 | J | B | |
| 39. | | | | | Sold | 01/30/18 | K | | |
| 40. BLACKROCK NATIONAL MUNI | A | Dividend | | | Sold (part) | 01/30/18 | M | | |
| 41. | | | | | Sold | 01/30/18 | M | | |
| 42. EATON VANCE GLOBAL MACRO | A | Dividend | | | Sold (part) | 01/30/18 | K | A | |
| 43. | | | | | Sold | 01/30/18 | K | A | |
| 44. EQUINOX IPM SYS MAC FDS | | None | | | Sold | 01/30/18 | K | | |
| 45. HARBOR HIGH YIELD BOND | | None | | | Sold (part) | 01/30/18 | J | | |
| 46. | | | | | Sold | 01/30/18 | M | D | |
| 47. JOHN HANCOCK INCOME | A | Dividend | | | Sold | 01/30/18 | L | A | |
| 48. PIMCO UNCONSTRAINED BOND | | None | | | Sold | 01/30/18 | K | B | |
| 49. PIMCO MTGE OPPORTUNITIES | A | Dividend | | | Sold (part) | 01/30/18 | K | | |
| 50. | | | | | Sold | 01/30/18 | K | | |
| 51. LORD ABBETT SHORT DURATION | A | Dividend | | | Sold | 01/30/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ISHARES CORES MSCI EUROPE | | None | | | Sold | 01/30/18 | L | D | |
| 53. GOLDMAN SACHS EMERGING MARKETS | A | Dividend | | | Sold | 01/30/18 | L | B | |
| 54. DODGE & COX INCOME | | None | | | Sold | 01/30/18 | M | A | |
| 55. AB GLOBAL BOND FUND | B | Dividend | M | T | Buy | 02/13/18 | J | | |
| 56. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 57. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 58. | | | | | Buy (add'l) | 05/15/18 | K | | |
| 59. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 60. | | | | | Buy (add'l) | 08/01/18 | K | | |
| 61. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 62. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 63. BLACKROCK CREDIT STRATEGIES INCOME FUND | C | Dividend | M | T | Buy | 02/13/18 | J | | |
| 64. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 65. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 66. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 67. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 68. | | | | | Buy (add'l) | 08/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 09/24/18 | L | | |
| 70. EATON VANCE FLOATING RATE ADVANTAGE RUND | C | Dividend | M | T | Buy | 02/13/18 | K | | |
| 71. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 72. | | | | | Buy (add'l) | 03/19/18 | K | | |
| 73. | | | | | Buy (add'l) | 05/15/18 | K | | |
| 74. | | | | | Buy (add'l) | 06/18/18 | K | | |
| 75. | | | | | Buy (add'l) | 08/01/18 | K | | |
| 76. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 77. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 78. PIMCO ENHANCED SHORT MATURITY ACTIVE ETF | B | Dividend | L | T | Buy | 02/13/18 | J | | |
| 79. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 80. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 81. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 82. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 83. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 84. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 85. PIMCO INCOME FUND | C | Dividend | L | T | Buy | 02/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 87. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 88. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 89. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 90. | | | | | Buy (add'l) | 08/01/18 | K | | |
| 91. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 92. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 93. | | | | | | | | | |
| 94.   STOCKS: | | | | | | | | | |
| 95.   CHEVRON CORP NEW | A | Dividend | K | T | | | | | |
| 96.   EXXON MOBIL CORP | C | Dividend | L | T | | | | | |
| 97.   3M COMPANY | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 98. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 99. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 100. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 101. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 102. | | | | | Buy (add'l) | 08/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 104. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 105. AFLAC INC | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 106. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 107. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 108. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 109. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 110. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 111. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 112. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 113. AIR PRODUCTS & CHEMICALS INC | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 114. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 115. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 116. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 117. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 118. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 119. | | | | | Buy (add'l) | 09/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 121. AUTOMATIC DATA PROCESSING INC | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 122. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 123. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 124. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 125. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 126. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 127. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 128. BROWN-FORMAN CORP | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 129. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 130. | | | | | Sold (part) | 03/01/18 | J | | |
| 131. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 132. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 133. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 134. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 135. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 136. | | | | | Buy (add'l) | 10/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. CARDINAL HEALTH INC | A | Dividend | K | T | Buy | 09/18/18 | K | | |
| 138. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 139. CHEVRON CORP | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 140. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 141. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 142. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 143. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 144. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 145. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 146. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 147. COLGATE PALMOLIVE CO | A | Dividend | | | Buy | 02/13/18 | J | | |
| 148. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 149. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 150. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 151. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 152. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 153. | | | | | Sold | 09/20/18 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  COMMERCE BANCSHARES INC | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 155. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 156. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 157. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 158. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 159. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 160. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 161. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 162. | | | | | Sold (part) | 12/17/18 | J | | |
| 163.  DONALDSON COMPANY | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 164. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 165. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 166. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 167. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 168. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 169.  EMERSON ELECTRIC CO | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 170. | | | | | Buy (add'l) | 02/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 172. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 173. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 174. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 175. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 176. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 177. GENERAL DYNAMICS CORP | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 178. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 179. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 180. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 181. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 182. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 183. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 184. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 185. ILLINOIS TOOL WORKS INC | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 186. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 187. | | | | | Buy (add'l) | 03/19/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 189. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 190. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 191. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 192. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 193. INVESCO EMERGING MARKETS SOVEREIGN DEBT PORTFOLIO ETF | B | Dividend | L | T | Buy (add'l) | 06/18/18 | J | | |
| 194. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 195. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 196. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 197. ISHARES EDGE MSCI MINIMUM VOLATILITY EMERGING MARKETS ETF | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 198. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 199. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 200. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 201. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 202. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 203. | | | | | Buy (add'l) | 09/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 205. LOWES COMPANIES INC | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 206. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 207. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 208. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 209. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 210. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 211. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 212. MCDONALDS CORP | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 213. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 214. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 215. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 216. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 217. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 218. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 219. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 220. MEDTRONIC PLC | A | Dividend | K | T | Buy | 02/13/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 222. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 223. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 224. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 225. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 226. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 227. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 228. PEPSICO INC | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 229. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 230. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 231. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 232. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 233. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 234. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 235. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 236. POWERSHARES EMERGING MARKETS SOV DEBT ETF | A | Dividend | | | Buy | 02/13/18 | J | | |
| 237. | | | | | Buy (add'l) | 02/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 239. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 240. | | | | | Merged (with line 193) | 06/04/18 | K | | |
| 241. SPDR S&P 500 ETF TRUST | D | Dividend | N | T | | | | | |
| 242. STANLEY BLACK & DECKER INC | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 243. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 244. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 245. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 246. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 247. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 248. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 249. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 250. SYSCO CORPORATION | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 251. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 252. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 253. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 254. | | | | | Buy (add'l) | 06/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 256. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 257. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 258. T ROWE PRICE GROUP INC | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 259. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 260. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 261. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 262. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 263. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 264. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 265. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 266. VANGUARD FTSE EMERGING MARKETS ETF | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 267. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 268. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 269. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 270. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 271. | | | | | Buy (add'l) | 08/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 273. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 274.   VANGUARD REAL ESTATE ETF | B | Dividend | L | T | Buy | 02/13/18 | J | | |
| 275. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 276. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 277. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 278. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 279. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 280. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 281. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 282.   VANGUARD S&P SMALL-CAP 600 GROWTH ETF | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 283. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 284. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 285. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 286. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 287. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 288. | | | | | Buy (add'l) | 09/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 290. VANGUARD SMALL-CAP VALUE ETF | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 291. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 292. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 293. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 294. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 295. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 296. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 297. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 298. WALMART INC | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 299. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 300. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 301. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 302. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 303. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 304. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 305. | | | | | Buy (add'l) | 10/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. | | | | | | | | | |
| 307. STOCKS: UNLISTED | | | | | | | | | |
| 308. COASTAL CLUB | | None | M | W | | | | | |
| 309. | | | | | | | | | |
| 310. INVESTMENTS/PARTNERSHIPS: | | | | | | | | | |
| 311. WW RURAL PROPERTIES LLC | D | Distribution | K | W | | | | | |
| 312. CENTRAL INDUSTRIAL COMPLEX | | None | J | U | | | | | |
| 313. LAMA LIMITED PARTNERSHIP | | None | J | W | | | | | |
| 314. LAMA '89 LIMITED PARTNERSHIP | | None | J | W | | | | | |
| 315. RENREW MINERALS, LTD | G | Distribution | O | W | | | | | |
| 316. TEE ENERGY, CO., LLC | | None | M | W | | | | | |
| 317. JADOBE INVESTMENTS 2000, LLC | | None | L | W | | | | | |
| 318. JASAN, LLC | | None | M | W | | | | | |
| 319. PROVEN LEGACY, LLC | | None | M | W | | | | | |
| 320. TENFOLD, INC. | B | Distribution | J | W | | | | | |
| 321. NEXT IGEN LLC-SERIES A | E | Distribution | K | W | | | | | |
| 322. NEXT IGEN LLC-SERIES B | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. NEXT IGEN LLC-SERIES C | C | Distribution | J | W | | | | | |
| 324. NEXT IGEN LLC-SERIES D | E | Distribution | K | W | | | | | |
| 325. NEXT IGEN LLC-SERIES E | A | Distribution | | | Distributed | 09/06/18 | J | | |
| 326. NEXT IGEN LLC-SERIES F | E | Distribution | L | W | | | | | |
| 327. NEXT IGEN LLC-SERIES G | | None | J | W | | | | | |
| 328. NEXT IGEN LLC-SERIES H | | None | L | W | | | | | |
| 329. YETA, LLC | | None | L | W | | | | | |
| 330. DEANSAN, LLC | | None | M | W | | | | | |
| 331. JPM ACCESS MULTI-STRATEGY FUND | | None | | | Redeemed | 06/11/18 | J | C | |
| 332. LOUIS ROSEN WW, LLC | D | Distribution | K | W | | | | | |
| 333. YETA GAIN, LLC | | None | J | W | | | | | |
| 334. NEXT IGEN LLC-SERIES L | A | Distribution | | | Distributed | 10/23/18 | J | | |
| 335. WW URBAN PROPERTIES TWO LLC | | None | J | W | | | | | |
| 336. BLACK STONE MINERALS LP | E | Distribution | N | T | Spinoff (from line 315) | 01/31/18 | N | | |
| 337. | | | | | | | | | |
| 338. NOTE RECEIVABLES | | | | | | | | | |
| 339. ALLAIN PERSONAL LOAN-NOTE RECEIVABLE | | None | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. SPRINGMAN PERSONAL LOAN-NOTE RECEIVABLE | | None | K | U | | | | | |
| 341. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/6/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

RE: V-GIFTS: NONE AS TRUE GIFTS, BUT ON A RECIPROCAL BASIS-I ACCEPT INVITATIONS FOR HUNTING OR FISHING WITH FRIENDS WHO I INVITE TO HUNT OR FISH WITH ME. SOME SUCH RECIPROCAL INVITORS/INVITEE, ARE ATTORNEYS, MANY OF WHOM WERE FRIENDS AND HUNTING OR FISHING PARTNERS BEFORE I BECAME A JUDGE. I NEVERTHELESS RECUSE MYSELF WHEN SUCH FRIENDS ARE REPRESENTING CLIENTS BEFORE THIS COURT.

RE: VII-INVESTMENTS & TRUSTS
THE INVESTMENT ON LINE 241 WAS RECLASSIFIED AS A STOCK FROM A MUTUAL FUND.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JACQUES L. WIENER, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544